AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
JUN 23 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. )
) Case No. 1:11MJ479
YONATHAN MELAKU )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 19 and 29, 2010__ in the county of __Arlington and Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1361 | Injury to property of the United States by shooting with a firearm and causing damage in excess of $1,000 (Counts One and Three) |
| 18 U.S.C. 924(c)(1)(A) | Use, carry and discharge of a firearm during and in relation to a crime of violence (Counts Two and Four) |

SEE ATTACHED CHARGING LANGUAGE FOR COUNTS 1 - 4

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kelley A. Clark, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __6/23/11__

City and state: __Alexandria, Virginia__

/s/
T. S. Ellis, III
United States District Judge

## COUNT ONE

On or about October 19, 2010, in Arlington County, Virginia, within the Eastern District of Virginia, defendant YONATHAN MELAKU did unlawfully, knowingly and willfully injure property of the United States by shooting at the Pentagon, causing damage in excess of $1,000, in violation of Title 18, United States Code, Section 1361.

## COUNT TWO

On or about October 19, 2010, in Arlington County, Virginia, within the Eastern District of Virginia, defendant YONATHAN MELAKU did unlawfully and knowingly use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, and in the course of such conduct did discharge said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about October 29, 2010, in Prince William County, Virginia, within the Eastern District of Virginia, defendant YONATHAN MELAKU did unlawfully, knowingly and willfully injure property of the United States by shooting at the National Museum of the Marine Corps, causing damage in excess of $1,000, in violation of Title 18, United States Code, Section 1361.

## COUNT FOUR

On or about October 29, 2010, in Prince William County, Virginia, within the Eastern District of Virginia, defendant YONATHAN MELAKU did unlawfully and knowingly use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, and in the course of such conduct did discharge said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).