**UNITED STATES DISTRICT COURT**
**FOR THE EASTER DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| **v.** | ) | **No:    1:2012-cr-00027** |
| | ) | |
| **Yonathan Melaku** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT YONATHAN MELAKU'S MOTION**
**FOR MEDICAL TREATMENT AND MEDICATION**

Defendant Yonathan Melaku, through undersigned counsel, hereby moves this honorable Court for an Order granting him medical treatment and medication while he is housed in this District at the Alexandria Detention Center.  In support of this Motion, Mr. Melaku states the following:

1. On January 26, 2012, Mr. Melaku pled guilty to a three-count criminal information charging him with violations of 18 U.S.C. §§ 1369, 924(c)(1)(A), and 1361.

2. On January 11, 2013, Mr. Melaku was sentenced to serve a term of 25 years imprisonment in a designated Bureau of Prisons ("BOP") medical facility.

3. Mr. Melaku has been detained in the Alexandria Detention Center since his sentencing date while awaiting assignment to an appropriate BOP medical facility.

4. Prior to his sentencing, Mr. Melaku was examined by both Dr. Neil Blumberg, as well as doctors from the BOP Butner medical facility.  Both doctors that examined him determined that Mr. Melaku was suffering from schizophrenia and in need of both treatment and medication.

5. Mr. Melaku has not received any medical treatment or medication at the Alexandria Detention Facility.

6. As a result of his lack of treatment, Mr. Melaku's mental and medical health is deteriorating and he is in need of immediate medical intervention to include both treatment and medication.

7. Undersigned counsel attempted to reach Government Counsel to determine if they opposed this Motion, but have not yet had the opportunity to speak with them.

Based on the foregoing, Mr. Melaku requests that this Court issue an Order directing that Mr. Melaku receive medical treatment and medication while being detained in this District.

March 1, 2013

Respectfully submitted,

/s/ Geoffrey P. Gitner
Geoffrey P. Gitner (Bar # 25338)
William R. Martin (*pro hac vice*)
Kerry Brainard Verdi (*pro hac vice*)
Martin & Gitner PLLC
2121 K Street, NW, Suite 850
Washington, DC 20037
202.331.2121

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2013, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following CM/ECF user(s):

AUSA William N. Hammerstron, Jr.
Neil.Hammerstrom@usdoj.gov

and

AUSA Lynn Haaland
Lynn.haaland@usdoj.gov

[s] Geoffrey P. Gitner
Geoffrey P. Gitner