**UNITED STATES DISTRICT COURT**
**FOR THE EASTER DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| **v.** | ) | **No:    1:2012-cr-00027** |
| | ) | |
| **Yonathan Melaku** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**(proposed Order)**

Upon review of Defendant Yonathan Melaku's Motion for Medical Treatment and

Medication, and good cause shown, it is hereby ORDERED that Mr. Melaku must be

immediately provided with appropriate medical treatment and medication to treat his diagnosed

schizophrenia for the duration of the time he is detained at the Alexandria Detention Center

SO ORDERED.


_____

United States District Court Judge