IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YONATHAN MELAKU,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)    Case No. 1:12-cr-27-GBL<br>)<br>)<br>)<br>) |

## ORDER

THIS MATTER is before the Court on Defendant Yonathan Melaku's Motin for Medical Treatment and Medication (Doc. 70) filed March 1, 2013. Defendant requested medical treatment and medication for the time that he is housed at the Alexandria Detention Center. Defendant is currently housed at the Butner Federal Correctional Complex in North Carolina.

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 70) is **DENIED** as moot because Defendant is no longer housed at the Alexandria Detention Center.

**IT IS SO ORDERED.**

ENTERED this 15th day of October, 2013.

Alexandria, Virginia
10 / 15 / 2013

/s/
_____
Gerald Bruce Lee
United States District Judge