IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>)<br><br>)<br>v.                                    )<br>                                      )    Case No. 1:12-cr-00027-GBL<br>                                      )<br>YONATHAN MELAKU,            )<br>                                      )<br>Defendant.                     ) | |

**ORDER**

In light of the pendency of several cases in the United States Supreme Court and Fourth Circuit Court of Appeals involving issues related to *Johnson v. United States*, 135 S.Ct. 2551 (2015), the Court hereby holds in abeyance Petitioner's pending motion made pursuant to 28 U.S.C. § 2255 (Doc. 75). The Court therefore defers any decision on Petitioner's motion until there is further guidance from the Fourth Circuit Court of Appeals or the United States Supreme Court.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's motion (Doc. 75) is **STAYED** until further Order of the Court.

The Clerk is directed to remove this motion from the active docket of the Court and forward copies of this Order to counsel of record.

**IT IS SO ORDERED.**

ENTERED this 23rd day of September, 2016.

Alexandria, Virginia
9/ 23/ 2016

/s/
_____
Gerald Bruce Lee
United States District Judge