# BLACK'S
# LAW
# DICTIONARY

## DE LUXE EDITION



COPYRIGHT, 1891
BY
WEST PUBLISHING CO.

COPYRIGHT, 1910
BY
WEST PUBLISHING CO.

COPYRIGHT, 1933
BY
WEST PUBLISHING CO.

*carium* and *sequestre* were two varieties of the *depositum.*

**DEPOT.** A railroad freight or passenger station; a place on the line of a railroad where passengers may enter and leave the trains and where freight is deposited for delivery; a place where the carrier is accustomed to receive merchandise, deposit it, and keep it ready for transportation or delivery. Maghee v. Transportation Co., 45 N. Y. 520, 6 Am. Rep. 124; Hill v. Railroad Co. (Tex. Civ. App.) 75 S. W. 876; Karnes v. Drake, 103 Ky. 134, 44 S. W. 444; Railroad Co. v. Smith, 71 Ark. 189, 71 S. W. 947; State v. New Haven & N. Co., 37 Conn. 163; State v. Jasper & E. R. Co. (Tex. Civ. App.) 154 S. W. 331, 333; Chesapeake & O. Ry. Co. v. Ricks, 146 Va. 10, 135 S. E. 685, 688. But see Ft. Worth & D. C. Ry. Co. v. State (Tex. Civ. App.) 189 S. W. 131, 133.

A place for the deposit of goods; a warehouse, or a storehouse. Weyman v. City of Newport, 153 Ky. 487, 156 S. W. 109, 111.

A place where military supplies or stores are kept or troops assembled. U. S. v. Caldwell, 19 Wall. 264, 22 L. Ed. 114.

—**Depot grounds.** Station grounds. Pecos & N. T. Ry. Co. v. Railroad Commission of Texas (Tex. Civ. App.) 193 S. W. 770, 773; Atchison, T. & S. F. Ry. Co. v. McCall, 48 Okl. 602, 150 P. 173, 174. The place where passengers get off and on trains, where goods are loaded and unloaded, and all grounds necessary, convenient, and actually used for such purposes by the public and by the railway company, including the place where cars are switched and trains made up, also where tracks are used for storing cars, and where the public require open and free access to the railroad for the purpose of such business. Prince v. Chicago & N. W. Ry. Co., 165 Wis. 212, 161 N. W. 765, 766; Hunter v. Norfolk & W. Ry. Co., 99 W. Va. 188, 128 S. E. 137, 138; St. Louis Southwestern Ry. Co. v. Buice (Tex. Civ. App.) 262 S. W. 558, 559.

**DÉPÔT.** In French law. The *depositum* of the Roman and the deposit of the English law. It is of two kinds, being either (1) *dépôt* simply so called, and which may be either voluntary or necessary, and (2) *séquestre,* which is a deposit made either under an agreement of the parties, and to abide the event of pending litigation regarding it, or by virtue of the direction of the court or a judge, pending litigation regarding it. Brown; Civ. Code La. 2926.

**DEPRAVE.** To defame; vilify; exhibit contempt for. In England it is a criminal offense to "deprave" the Lord's supper or the Book of Common Prayer. Steph. Crim. Dig. 99.

A mind which may become inflamed by liquor and passion to such a degree that it ceases to care for human life and safety is a "depraved mind." State v. Weltz, 155 Minn. 143, 193 N. W. 42, 44.

**DEPRECIATION.** A fall in value; reduction of worth. New York Life Ins. Co. v. Anderson (C. C. A.) 263 F. 527, 529. The deterioration, or the loss or lessening in value, arising from age, use, and improvements, due to better methods. Boston & A. R. Co. v. New York Cent. R. Co., 256 Mass. 600, 153 N. E. 19, 23; San Francisco & P. S. S. Co. v. Scott (D. C.) 253 F. 854; Pacific Telephone & Telegraph Co. v. Whitcomb (D. C.) 12 F.(2d) 279, 284; Michigan Public Utilities Commission v. Michigan State Telephone Co., 228 Mich. 658, 200 N. W. 749, 751; Miles v. People's Telephone Co., 166 Wis. 94, 163 N. W. 652, 655.

**DEPRECIATION RESERVE.** An account kept on the books, as of a public utility, to offset the depreciation of the property due to time and use. People ex rel. Adirondack Power & Light Corporation v. Public Service Commission, 200 App. Div. 268, 193 N. Y. S. 186, 191. It does not represent the actual depreciation of its properties which is to be deducted from the reproduction cost new to ascertain the present value for rate purposes; but only what observation and experience suggest as likely to happen, with a margin over. Southern Bell Telephone & Telegraph Co. v. Railroad Commission of South Carolina (D. C.) 5 F.(2d) 77, 96.

**DEPREDATION.** The act of plundering, robbing, or pillaging. Deal v. U. S., 274 U. S. 277, 47 S. Ct. 613, 615, 71 L. Ed. 1045.

### In French Law

Pillage, waste, or spoliation of goods, particularly of the estate of a decedent.

**DEPRIVATION.** In English ecclesiastical law. The taking away from a clergyman of his benefice or other spiritual promotion or dignity, either by sentence declaratory in the proper court for fit and sufficient causes or in pursuance of divers penal statutes which declare the benefice void for some nonfeasance or neglect, or some malfeasance or crime. 3 Steph. Comm. 87, 88; Burn, Ecc. Law, tit. "Deprivation." See Ayliffe, Parerg. 206; 1 Bla. Comm. 393. See Degradation.

**DEPRIVE.** To take. The term has this meaning in a constitutional provision that no person shall be *"deprived* of his property" without due process of law, and denotes a taking altogether, a seizure, a direct appropriation, dispossession of the owner. Sharpless v. Philadelphia, 21 Pa. 167, 59 Am. Dec. 759; Wynehamer v. People, 13 N. Y. 467; Munn v. People, 69 Ill. 88; Grant v. Courter, 24 Barb. (N. Y.) 238. It connotes want of consent. Sandel v. State, 115 S. C. 168, 104 S. E. 567, 571, 13 A. L. R. 1268.

**DEPUTIZE.** To appoint a deputy; to appoint or commission one to act as deputy to an officer. In a general sense, the term is descriptive of empowering one person to act

Case 1:12-cr-00027-RDA    Document 100-1    Filed 10/05/20    Page 4 of 5 PageID# 489

impression of a church built on piles. Fleta, lib. 1, c. 39.

**PILETTUS.** In the ancient forest laws. An arrow which had a round knob a little above the head, to hinder it from going far into the mark. Cowell.

**PILFER.** To pilfer, in the plain and popular sense, means to steal. To charge another with pilfering is to charge him with stealing, and is slander. Becket v. Sterrett, 4 Blackf. (Ind.) 499.

**PILFERAGE.** Some form of stealing. Felgar v. Home Ins. Co. of New York, 207 Ill. App. 492; Ledvinka v. Home Ins. Co. of New York, 139 Md. 434, 115 A. 596, 598, 19 A. L. R. 167.

Petty larceny. Stuht v. Maryland Motor Car Ins. Co., 90 Wash. 576, 156 P. 557, 558; Hartford Fire Ins. Co. v. Wimbish, 12 Ga. App. 712, 78 S. E. 265, 266; Illinois Automobile Ins. Exch. v. Southern Motor Sales Co., 207 Ala. 265, 92 So. 429, 430, 24 A. L. R. 734.

The word "pilferage," in a policy against theft of trunks of merchandise in transit, excluding all pilferage, must be construed as having been used in the sense of filching; of taking a small part only, rather than the whole; of stealing privily. Tamarin v. Insurance Co. of North America, 68 Pa. Super. Ct. 614, 615; Goldman v. Insurance Co. of North America, 194 App. Div. 266, 185 N. Y. S. 210, 211.

**PILFERER.** One who steals petty things, or a small part of a thing.

**PILLAGE.** Plunder; the forcible taking of private property by an invading or conquering army from the enemy's subjects. American Ins. Co. v. Bryan, 26 Wend. (N. Y.) 573, 37 Am. Dec. 278.

**PILLAR-AND-STALL SYSTEM.** In mining of limestone. Beginning at mine opening, cutting tunnels or entries in the limestone ledge and taking off rooms therefrom leaving limestone roof of varying thickness, theoretically sufficient to sustain the hundred foot overburden when pillars of sufficient size are allowed to remain and when boundary is reached such part of pillars and roof is taken as is practicable as the work recedes. Marquette Cement Mining Co. v. Oglesby Coal Co. (D. C.) 253 F. 107, 109.

**PILLORY.** A frame erected on a pillar, and made with holes and movable boards, through which the heads and hands of criminals were put.

**PILOT.** A particular officer serving on board a ship during the course of a voyage, and having the charge of the helm and the ship's route; or a person taken on board at any particular place for the purpose of conducting a ship through a river, road, or channel, or from or into a port. People v. Francisco,

BL.LAW DICT.(3D ED.)—86

10 Abb. Prac. (N. Y.) 32; State v. Turner, 34 Or. 173, 55 P. 92; Chapman v. Jackson, 9 Rich. Law (S. C.) 212; State v. Jones, 16 Fla. 306; The Maren Lee (C. C. A.) 278 F. 918, 920.

### Branch Pilot

One possessing a license, commission, or certificate of competency issued by the proper authority and usually after an examination. U. S. v. Forbes, 25 Fed. Cas. 1141; Petterson v. State (Tex. Cr. R.) 58 S. W. 100; Dean v. Healy, 66 Ga. 503; State v. Follett, 33 La. Ann. 228; Davis v. Heide & Co., 161 N. C. 476, 77 S. E. 691, 693.

**PILOTAGE.** The navigation of a vessel by a pilot; the duty of a pilot. The charge or compensation allowed for piloting a vessel.

**PILOTAGE AUTHORITIES.** In English law. Boards of commissioners appointed and authorized for the regulation and appointment of pilots, each board having jurisdiction within a prescribed district.

**PIMP.** One who provides for others the means of gratifying lust; a procurer; a panderer. The word pimp is not a technical one, nor has it acquired any peculiar or appropriate meaning in the law; and is therefore to be construed and understood according to the common and approved usage of the language; People v. Gastro, 75 Mich. 127, 42 N. W. 937, where the court disapproved the action of the judge at *nisi prius* who defined the term to mean a man who has intercourse with a loose woman, who usually is supporting him. It is frequently defined by ordinance or statute. Fleming v. City of Atlanta, 21 Ga. App. 797, 95 S. E. 271; Powell v. State, 108 Miss. 497, 66 So. 979, 980; Lander v. Wald, 218 App. Div. 514, 219 N. Y. S. 57, 58; People v. Fuski, 49 Cal. App. 4, 192 P. 552, 553; People v. Simpson, 79 Cal. App. 555, 250 P. 403, 404; State v. Thibodeaux, 136 La. 935, 67 So. 973, 974.

**PIMP-TENURE.** A very singular and odious kind of tenure mentioned by the old writers, "*Wilhelmus Hoppeshort tenet dimidiam virgatam terræ per servitium custodiendi sex damisellas, scil. meretrices ad usum domini regis.*" Wharton.

**PIN-MONEY.** An allowance set apart by a husband for the personal expenses of his wife, for her dress and pocket money.

**PINCERNA.** In old English law. Butler; the king's butler, whose office it was to select out of the cargo of every vessel laden with wine, one cask at the prow and another at the stern, for the king's use. Fleta, lib. 2, c. 22.

**PINNAGE.** Poundage of cattle.

**PINNER.** A pounder of cattle; a pound-keeper.

**PLENARY CONFESSION**                                                                   1370

the law is required to be exactly observed, so that if there is the least departure from that order, or disregard of that solemnity, the whole proceedings are annulled. Summary causes are those in which it is unnecessary to pursue that order and solemnity. Brown.

**PLENARY CONFESSION.** A full and complete confession. An admission or confession, whether in civil or criminal law, is said to be "plenary" when it is, if believed, conclusive against the person making it. Best, Ev. 664; Rosc. Crim. Ev. 39.

**PLENE.** Lat. Completely; fully; sufficiently.

**PLENE ADMINISTRAVIT.** In practice. A plea by an executor or administrator that he has fully administered all the assets that have come to his hands, and that no assets remain out of which the plaintiff's claim could be satisfied.

**PLENE ADMINISTRAVIT PRÆTER.** In practice. A plea by an executor or administrator that he has "fully administered" all the assets that have come to his hands, "except" assets to a certain amount, which are not sufficient to satisfy the plaintiff. 1 Tidd, Pr. 644.

**PLENE COMPUTAVIT.** He has fully accounted. A plea in an action of account render, alleging that the defendant has fully accounted.

**PLENIPOTENTIARY.** One who has full power to do a thing; a person fully commissioned to act for another. A term applied in international law to ministers and envoys of the second rank of public ministers. Wheat. Hist. Law Nat. 266.

**PLENUM DOMINIUM.** Lat. In the civil law. Full ownership; the property in a thing united with the usufruct. Calvin.

**PLEVIN.** A warrant, or assurance.

**PLEYTO.** In Spanish law. The pleadings in a cause. White, New Recop. b. 3, tit. 7.

**PLIGHT.** In old English law. An estate, with the habit and quality of the land; extending to a rent charge and to a possibility of dower. Co. Litt. 221b; Cowell.

**PLOK–PENNIN.** A kind of earnest used in public sales at Amsterdam. Wharton.

**PLOTTAGE.** A term used in appraising land values and particularly in eminent domain proceedings, to designate the additional value given to city lots by the fact that they are contiguous, which enables the owner to utilize them as large blocks of land. See In re Armory Board, 73 App. Div. 152, 76 N. Y. S. 766; In re Certain Lands on North Shore of Harlem River in City of New York, 127 Misc. 710, 217 N. Y. S. 544, 562; Erlanger v. New

York Theatre Co., 206 App. Div. 148, 200 N. Y. S. 696, 698; People ex rel. Frederick Loeser & Co. v. Goldfogle, 220 App. Div. 326, 221 N. Y. S. 342, 346.

**PLOW–ALMS.** The ancient payment of a penny to the church from every plow-land. 1 Mon. Angl. 256.

**PLOW–BOTE.** An allowance of wood which tenants are entitled to, for repairing their plows and other implements of husbandry.

**PLOW–LAND.** A quantity of land "not of any certain content, but as much as a plow can, by course of husbandry, plow in a year." Co. Litt. 69a.
    Tillable. Govier v. Brechler, 159 Wis. 157, 149 N. W. 740, 742.

**PLOW–MONDAY.** The Monday after twelfth-day.

**PLOW–SILVER.** Money formerly paid by some tenants, in lieu of service to plow the lord's lands.

**PLUMBATURA.** Lat. In the civil law. Soldering. Dig. 6, 1, 23, 5.

**PLUMBUM.** Lat. In the civil law. Lead. Dig. 50, 16, 242, 2.

**PLUNDER,** *v.* The most common meaning of the term "to plunder" is to take property from persons or places by open force, and this may be in course of a lawful war, or by unlawful hostility, as in the case of pirates or banditti. But in another and very common meaning, though in some degree figurative, it is used to express the idea of taking property from a person or place, without just right, but not expressing the nature or quality of the wrong done. Carter v. Andrews, 16 Pick. (Mass.) 9; U. S. v. Stone (C. C.) 8 F. 246; U. S. v. Pitman, 27 Fed. Cas. 540.

**PLUNDER,** *n.* Personal property belonging to an enemy, captured and appropriated on land; booty. Also the act of seizing such property. See Booty; Prize.

**PLUNDERAGE.** In maritime law. The embezzlement of goods on board of a ship is so called.

**PLURAL.** Containing more than one; consisting of or designating two or more. Webster.

**PLURAL MARRIAGE.** See Marriage.

**Pluralis numerus est duobus contentus.** 1 Rolle, 476. The plural number is satisfied by two.

**PLURALIST.** One that holds more than one ecclesiastical benefice, with cure of souls.

**PLURALITER.** In the plural. 10 East, 158, arg.