United States District Court
Eastern District of Virginia
Alexandria Division

United States of America,

  Plaintiff,

v.

            Case No. 1:12-cr-00027 (RDA)

Yonathan Melaku,

  Defendant.

## Motion to Determine Competency

The undersigned counsel, pursuant to 18 U.S.C. § 4241, respectfully moves the Court for a competency evaluation of Defendant Yonathan Melaku ("Mr. Melaku"), and for a continuance of the resentencing hearing until after said competency evaluation is completed. In support thereof, the undersigned offers the following:

1. Mr. Melaku has been in custody since November 30, 2011. Mr. Melaku's resentencing hearing is currently set for February 22, 2023.

2. On December 23, 2022, U.S. Probation prepared a Presentence Investigation Report ("PSR") in advance of Mr. Melaku's resentencing. The information contained in the PSR provides the undersigned probable cause to believe Mr. Melaku "may be suffering from a mental disease rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense." 18 U.S.C. § 4241.

3. Specifically, paragraphs 6, 64, 65, and 66 of the PSR provides a reasonable basis for counsel to request a competency hearing pursuant to § 4241 prior to the scheduled resentencing.

4. Mr. Melaku's mental health concerns have been previously documented, and a competency evaluation was ordered prior to Mr. Melaku's initial sentencing in 2012. (Doc. 48). Mr. Melaku was found competent and sentenced in 2013. (Doc. 63).

5. However, competency is not static and the "trial court must continually be alert for changes which would suggest that [Mr. Melaku] is no longer competent." *Walton v. Angelone*, 321 F.3d 442, 459 (4th Cir. 2003) (citing *Drope v. Missouri*, 420 U.S. 162, 180 (1975)).

6. In addition to the information contained in the PSR, the undersigned counsel and Defendant's mother have been unable to effectively communicate with Mr. Melaku since his transfer to FMC Rochester. Mr. Melaku's lack of communication provides the undersigned with further cause to believe Mr. Melaku may not be able to understand the nature and consequences of the resentencing proceeding nor assist in his own defense.

Accordingly, the undersigned respectfully moves for the following:

1. A mental competency evaluation pursuant to 18 U.S.C. § 4241;

2. A continuance of Mr. Melaku's resentencing until after a psychiatric evaluation is complete and Mr. Melaku is found competent.

Respectfully submitted,

_____/s/_____
Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE
2111 Wilson Blvd
Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: Jerlich@erlichlawoffice.com

*Local Counsel for Melaku*

/s/ Jeremy Gordon
Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, Texas 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
TX Bar No. 24049810

*Counsel Pro Hac Vice for Melaku*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was duly filed and served on all counsel of record via the Court's CM/ECF system this 17th day of January 2023.

_____/s/_____

Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE
2111 Wilson Blvd
Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: Jerlich@erlichlawoffice.com
