IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

YONATHAN MELAKU,

Defendant.

No. 1:12-cr-027 (RDA)

**MENTAL HEALTH EVALUATION REPORT**

# FILED UNDER SEAL