IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

YONATHAN MELAKU,

Defendant.

No. 1:12-cr-027 (RDA)

**STATUS REPORT**
**REGARDING SENTENCING HEARNG**

The United States, with the concurrence of defense counsel, hereby submits this Status

Report regarding the scheduling of a sentencing hearing in this case.

1.      The parties have not been able to reach an agreement on a sentencing

recommendation.  The parties will continue to discuss this issue.

2.      BOP counsel for FMC Rochester has confirmed that the defendant, with his

counsel present, may participate remotely in a sentencing hearing convened at the United States

District Courthouse in Alexandria from a room at FMC Rochester by way of a livestream

video/audio connection.

3.      The defendant has retained Dr. Neil Blumberg, an expert psychiatrist, to assist

him at sentencing.  Dr. Blumberg will need time to review the competency report filed with the

Court as well as the defendant's BOP medical and psychological records.  Dr. Blumberg may

also need time to meet with the defendant and prepare a report for the Court in aid of sentencing.

Defense counsel suggests that the court schedule a sentencing hearing for in or about mid-

October 2023.  Government counsel does not object to this recommendation.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      _____/s/_____
James L. Trump
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, I caused the foregoing pleading to be sent electronically to counsel of record through the Court's ECF system.

/s/

James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3726
jim.trump@usdoj.gov
