| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-cr-00027 |
| | ) | |
| YONATHAN MELAKU, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Yonathan Melaku ("Melaku") hereby gives notice of appeal from final judgment entered by the Court on January 17, 2024 (ECF No. 158), to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

_____/s/_____
Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd
Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: Jerlich@erlichlawoffice.com

/s/ Jeremy Gordon
Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, Texas 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
*Counsel Pro Hac Vice for Melaku*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was duly filed and served on all counsel of record via the Court's CM/ECF system this 26th day of January 2024.

/s/
Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd
Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: Jerlich@erlichlawoffice.com
